UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Berndell Keel**                              **Docket No. 5:02-CR-271-1BO**

### Petition for Action on Supervised Release

   COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Berndell Keel, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute at least 50 Grams of Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 846; Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 17, 2003, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

   On October 9, 2019, pursuant to a motion filed by the defendant, the court reduced his sentence to 244 months custody, followed by a 5-year term of supervised release. William Berndell Keel was released from custody on February 21, 2020, at which time the term of supervised release commenced.

   On January 20, 2021, the court was notified that the defendant used cocaine and the court allowed him to obtain a substance abuse assessment and continue in the Surprise Urinalysis Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted drug screens on March 10 and April 1, 2021, that tested positive for cocaine. After consultation with his treatment provider, we recommend that the defendant be allowed to continue in substance abuse treatment, the Surprise Urinalysis Program, and participate in Moral Recognation Therapy (MRT). Mr. Keel is open to this cognitive behavior therapy to help him address his poor decision making. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

   1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/Maurice J. Foy                               /s/Erica W. Foy
Maurice J. Foy                                  Erica W. Foy
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8665
                                                Executed On: April 14, 2021

William Berndell Keel
Docket No. 5:02-CR-271-1BO
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_14\_\_\_ day of \_\_\_April_____, 2021, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge